

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 05-33669-C-7 |
| | ) | |
| DOUGLAS RON EATTOCK, | ) | MC No. MOH-1 |
| | ) | |
| Debtor. | ) | |
|_____| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**ON MOTION TO AVOID LIEN**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014. Evidence was taken pursuant to Federal Rule of Civil Procedure 43(e), as incorporated by Federal Rule of Bankruptcy Procedure 9017 and as invoked by Local Bankruptcy Rule 9014(e).

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(K).



## Findings of Fact

On June 2, 2006, the debtor filed a motion requesting that this court avoid a judgment lien in favor of Crandell White and Natividad Baines ("creditors") because the lien impairs the debtor's homestead exemption. The lien attaches to the debtor's residence at 10424 Cohasset Road, Chico, California ("the property"). The debtor properly served notice and creditors did not file an opposition. A hearing was scheduled July 18, 2006, to consider the motion. The motion was then continued and scheduled to be heard on August 29, 2006. On July 27, 2006, debtor filed a motion to renew the motion ex parte. Upon review of the record, the court determined that the written record was adequate and that no oral argument was necessary.

Debtor scheduled the property at a value of $72,000. Other liens in the approximate amount of $28,207.74 are the subject of other motions to avoid liens.

The debtor's motion claims that the lien in favor of Crandell White and Natividad Baines impairs debtor's homestead exemption. Debtor claimed the property as exempt for $75,000.

## Conclusions of Law

A debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that the lien impairs an exemption that is properly claimed and to which there is no objection. 11 U.S.C. § 522(f)(1). The record reflects that

the lien in favor of Crandell White and Natividad Baines impairs an exemption to which the debtor is entitled.

The motion will therefore be granted. An appropriate order will issue.

Dated: August 4, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

Case 05-33669    Filed 08/04/06    Doc 66

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Douglas Eattock
10424 Cohasset Road
Chico, CA 95973

Michael O'Dowd Hays
676 E. 1st Ave. #5
Chico, CA 95926

John Reger
P.O. Box 933
Palo Cedro, CA 96073

Dennis Cowan
P.O. Box 992090
Redding, CA 96099-2090

Crandell White and Natividad Baines
c/o Puritz Law Office
P.O. Box 935
Chico, CA 95927

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA  95814

Dated: 8/7/06

_Marilyn Rigsby_
Deputy Clerk

4